**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6870**

---

JIMMY D. COVINGTON,

                              Petitioner - Appellant,

          versus

THEODIS BECK,

                              Respondent - Appellee.

---

**No. 02-6921**

---

JIMMY D. COVINGTON,

                              Petitioner - Appellant,

          versus

THEODIS BECK,

                              Respondent - Appellee.

---

Appeals from the United States District Court for the Middle
District of North Carolina, at Durham.   James A. Beaty, Jr.,
District Judge. (CA-01-968-1)

---

Submitted:  August 29, 2002       Decided:  September 6, 2002

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jimmy D. Covington, Appellant Pro Se.  Sandra Wallace-Smith, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy D. Covington seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2002).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. Covington v. Beck, No. CA-01-968-1 (M.D.N.C. filed May 20, 2002 & entered May 21, 2002; June 3, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED